UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

| | |
|---|---|
| JOSE I. LOPEZ, M.D., and<br>JOSE IGNACIO LOPEZ, M.D., PA,<br><br>Plaintiff,<br><br>v.<br><br>UNITEDHEALTH GROUP, INC.,<br>UNITEDHEALTHCARE CORP., and<br>OPTUMRX, INC.,<br><br>Defendants. | )<br>)<br>)<br>)<br>)<br>)  **CASE NO.**<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## DECLARATION OF GARRETT M. HEENAN

I declare pursuant to 28 U.S.C. § 1746 and under penalty of perjury under the laws of the United States of America that the foregoing is true and correct:

1. My name is Garrett M. Heenan. I am over 18 years of age, of sound mind, and under no legal disability.

2. I am employed as an attorney with OptumRx, Inc. ("OptumRx"), a Pharmacy Benefit Management company owned by UnitedHealth Group, Inc. My job functions include all manner of legal support to OptumRx and I am knowledgeable about the legal status of OptumRx's incorporation and its relationship with other UnitedHealth Group corporate entities.

3. I am making this declaration for use in connection with Plaintiffs Jose I. Lopez, M.D. and Jose Ignacio Lopez, M.D., PA's action against OptumRx and UnitedHealth Group, Inc. in federal or state court.

4. I have personal knowledge of the facts set forth in this declaration and, if called to testify in person about these facts, I could and would do so competently and under oath.

5. OptumRx is a California corporation. Its principal place of business is 2300 Main Street, Irvine, California 92614.

6. OptumRx's corporate affiliates (which are also owned in whole or in part by UnitedHealth Group, Inc.) include UnitedHealthcare Insurance Company, which has executed a contract with Dr. Lopez.

Executed this ___ day of November, 2014.

_____
GARRETT M. HEENAN